
FILED
AUG 3 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ELROY KITTLESON, a/k/a Clarence Elroy Kittleson, and/or C. Elroy Kittleson, and RUTH KITTLESON, a/k/a Ruth S. Kittleson,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUE OIL LLC, a Wyoming limited liability company, and QEP ENERGY COMPANY, a Texas corporation, a/k/a Universal Resources Corporation and/or Questar Exploration and Production Company and all other persons, known or unknown, claiming or who might claim any right, title, estate or interest in or lien or encumbrance upon the property described in the Complaint by or through QEP Energy Company, adverse to Plaintiffs' title thereto, whether such claim or possible claim be present or contingent,<br><br>Defendants. | Case No. CV-16-171-SPW-TJC<br><br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND RELEASE OF ALL CLAIMS |

Pursuant to the parties' Stipulation for Dismissal with Prejudice and Release of all Claims (Doc. 21),

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED with prejudice.

DATED this 30th day of August, 2017.

SUSAN P. WATTERS
United States District Judge